668

No. 635.  CLARKE, TRUSTEE, *v.* CHICAGO, B. & Q. R. Co.  March 28, 1938.

No. 687.  WALKER *v.* UNITED STATES.  March 28, 1938.

No. 688.  DRUMMOND *v.* UNITED STATES.  March 28, 1938.

No. 689.  LUTERAN *v.* UNITED STATES.  March 28, 1938.

No. 690.  ADAMS *v.* UNITED STATES.  March 28, 1938.

No. 691.  WELLS *v.* UNITED STATES.  March 28, 1938.

No. 692.  WELLS *v.* UNITED STATES.  March 28, 1938.

No. 693.  ROACH *v.* UNITED STATES.  March 28, 1938.

No. 694.  LITTLE *v.* UNITED STATES.  March 28, 1938.

No. 695.  STEVENS *v.* UNITED STATES.  March 28, 1938.

No. 696.  HOLMAN *v.* UNITED STATES.  March 28, 1938.

No. 697.  NEEPER *v.* UNITED STATES.  March 28, 1938.

No. 698.  DITSCH *v.* UNITED STATES.  March 28, 1938.